IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BENTZLEY | : CIVIL ACTION |
| | : NO. 10-3827 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MEDTRONIC, INC., et al., | : |
| | : |
| Defendants. | : |

### **O R D E R**

**AND NOW**, this **28th** day of **November, 2011**, it is hereby **ORDERED** that:

(1) Defendants' Motion for Summary Judgment (ECF No. 36) is **GRANTED** as to Counts I, II, III, IV, VI, VII, VIII, and IX and **DENIED** as to Count V of the Amended Complaint.

(2) Counts I, II, III, IV, VI, VII, VIII, and IX are **DISMISSED**;

(3) Plaintiff's Motion for Leave to File a Surreply (ECF No. 41) is **DENIED as moot;** and

(4) Defendants' Motion for Leave to File a Supplemental Memorandum (ECF No. 43) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

                                        s/Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**